FILED: February 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4377 (L)
_____

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.

RHONDA NOTGRASS,

      Defendants – Appellant.

_____

O R D E R
_____

The court amends its opinion filed February 27, 2025, as follows:

On page 3, in line 5 of the second paragraph, "term of supervised relief" is changed to "term of supervised release."

          For the Court – By Direction

          /s/ Nwamaka Anowi, Clerk